UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PENDLETON FLOUR MILLS, LLC,

    Plaintiff,

    v.

GARLIC JIM'S FAMOUS GOURMET PIZZA, INC.,

    Defendant.

CASE NO. C13-1987RAJ

ORDER

This matter comes before the court on Plaintiff's' motion for default judgment. Dkt. # 9. The court GRANTS the motion and directs the clerk to enter default judgment for Plaintiff as described at the conclusion of this order.

The court's role in considering a motion for default judgment is not ministerial. The court must accept all well-pleaded allegations of the complaint as established fact, except facts related to the amount of damages. *TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 917-18 (9th Cir. 1987). Where those facts establish a defendant's liability, the court has discretion, not an obligation, to enter a default judgment. *Aldabe v. Aldabe*, 616 F.2d 1089, 1092 (9th Cir. 1980); *Alan Neuman Productions, Inc. v. Albright*, 862 F.2d 1388, 1392 (9th Cir. 1988). The plaintiff must provide evidence to support a claim for a particular sum of damages. *TeleVideo Sys.*, 826 F.2d at 917-18; *see also* Fed. R. Civ. P. 55(b)(2)(B). Where the plaintiff cannot prove that the sum he seeks is "a liquidated sum

ORDER – 1

or capable of mathematical calculation," the court must conduct a hearing or otherwise ensure that the damage award is appropriate. *Davis v. Fendler*, 650 F.2d 1154, 1161 (9th Cir. 1981).

Plaintiff has sued Defendant for breach of contracts for the sale of flour. The complaint alleges that Plaintiff delivered the flour as the contract provided, but that Defendant paid only $2,521.10 of the $83,347.50 contract price. The court accepts those allegations of the complaint. In support of its motion for default judgment, Plaintiff has provided invoices that itemize when each installment of the contract came due. Specifically, $21,408.40 came due on September 23, 2012; $919.50 came due on September 28, 2012; $1242.50 came due on September 30, 2012; $3,737.50 came due on November 8, 2012; $25,119.00 came due on November 10, 2012; $1,733.00 came due on November 16, 2012, and $26,676.50 came due on December 8, 2012. Interest on each of these amounts shall accrue from their due date at an annual rate of 12% until paid.

The clerk shall enter a default judgment as described above.

DATED this 3rd day of January, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2